# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | § § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-2296-S |
| DALLAS BARBER & STYLIST COLLEGE INC. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant Dallas Barber & Stylist College Inc.'s Motion to Set Aside Default Judgment [ECF No. 23] is **GRANTED**, and the Clerk's Entry of Default [ECF No. 22] is **VACATED**. Defendant is **ORDERED** to file an answer to the Amended Complaint [ECF No. 19] no later than **August 13, 2025**.

**SO ORDERED.**

SIGNED July 30, 2025.

**UNITED STATES DISTRICT JUDGE**